# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| P & F BROTHER INDUSTRIAL CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.,<br><br>                    Defendants. | Civil Action No. 2:23-cv-00312-JRG<br><br>**JURY TRIAL DEMANDED**<br>**(Lead Case)** |
| P & F BROTHER INDUSTRIAL CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>                    Defendant. | Civil Action No. 2:23-cv-00313-JRG<br><br>**JURY TRIAL DEMANDED**<br>**(Member Case)** |

## ORDER ON PLAINTIFF'S MOTIONS *IN LIMINE*

The Court held a Pretrial Conference in the above-captioned cases on _____, 2025, regarding, *inter alia*, motions *in limine* filed by Plaintiff P & F Brother Industrial Corporation ("Plaintiff") (Dkt. No. 119).  Accordingly, it is hereby **ORDERED** as follows:

- <u>Plaintiff's Motion *In Limine* No. 1</u>: To exclude any evidence, testimony, or argument relating to the two declarations of Weber Chang, an employee of Chang Type Industrial Ltd. Co. residing in Taiwan, produced at DELTA-00009058 and DELTA-00009090, or any information disclosed therein, absent express leave of the Court.

    This motion *in limine* is agreed to by the Parties and, therefore, is **GRANTED.**

- <u>Plaintiff's Motion *In Limine* No. 2</u>:  To exclude evidence, testimony, or argument relating to the development, testing, benefits, advantages, or function of the redesigned riving knife clamp assembly.

    This motion *in limine* is hereby **GRANTED**.

- <u>Plaintiff's Motion to Clarify Admissibility of Evidence, Testimony, And/Or Argument Relating to IPR2024-00347</u>:  Plaintiff seeks clarification that the Court's Standing Motion *in Limine* No. 6 does not preclude Plaintiff from introducing evidence, testimony, and/or argument relating to IPR2024-0037.

    This motion is hereby **GRANTED**.  To the extent that Defendants or their experts argue that U.S. Patent No. 7,827,890 discloses the teachings of the asserted claims of U.S. Patent No. 7,475,622, Plaintiff may introduce evidence, testimony, and/or argument relating to IPR2024-0037.